UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**EARL DOUGLAS WILKINS**,                    Case No. 6:11-CV-00889-KI

        Petitioner,                    JUDGMENT

  v.

**JEFF PREMO**,

        Defendant.


    Kristina Hellman
    Assistant Federal Public Defender
    101 SW Main Street, Suite 1700
    Portland, OR 97204

        Attorney for Petitioner

    Ellen F. Rosenblum
    Attorney General
    Samuel A. Kubernick
    Assistant Attorney General

Page 1 - JUDGMENT

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas Corpus [30] is denied and this proceeding is dismissed with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this     4th     day of December, 2013.


                        /s/ Garr M. King
                        Garr M. King
                        United States District Judge